# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                  :
                                        :   Case No. 5-03-50054
Wyoming Sand and Stone Company,         :   Chapter 11
                                        :
            Debtor                      :   Judge John J. Thomas

## MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY

AND NOW COMES, the above Debtor by its attorneys, Doran & Doran, P.C. and files this Motion as follows:

1. The above Debtors filed under Chapter 11 for relief, had a plan confirmed and distribution was made. All funds except for $76,565.42 were distributed to creditors. The funds not distributed were for the parties on the attached list with the amounts due each noted.

2. The Debtor has forwarded to the undersigned a check payable to the Clerk of the Bankruptcy Court in the amount of $76,565.42 which represents the money that was undeliverable as per the attached sheet.

WHEREFORE, it is requested that the said undelivered funds be paid to the Clerk's office.

                                        DORAN & DORAN, P.C.

                                        BY: /s/ John H. Doran
                                        JOHN H. DORAN, ESQUIRE
                                        PA ID #01744
                                        Attorneys for Debtor
                                        69 Public Square, Ste. 700
                                        Wilkes-Barre, PA 18701
                                        570-823-9111   Fax 570-829-32-22

Dated: 7-15-2010

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
: Case No. 5-03-50054
Wyoming Sand and Stone Company, : Chapter 11
:
       Debtor : Judge John J. Thomas

## ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY

Upon presentation of the Motion of the above Debtor requesting payment of undeliverable funds due various creditors in the total amount of $76,565.42 be paid to the Clerk of the Bankruptcy Court, it is

ORDERED that the above Debtor is allowed to deposit the said undeliverable funds due various creditors in the amount of $76,565.42 into the Court Registry.

# Wyoming Sand and Stone Company
## Bk. Case No. 5-03-50054
## Unclaimed Distribution

**Checks dated August 21, 2009**

| Name | Amount |
|---|---|
| Carl Button Jr.<br>970 Avery Station<br>Factoryville, PA 18419-2122 | 3.23 |
| Alan Naylor<br>RD # 3 Box 265<br>Meshoppen, PA 18630-9287 | 9.43 |
| Neil Skurjunis<br>RR 2 Box 153<br>Falls, PA 18615-9656 | 64.72 |
| Michael Sullivan<br>Route 247 Box 336<br>Carbondale, PA 18407 | 2.86 |
| Ken Walsh<br>RR 4 Box 194<br>Montrose, PA 18801-8915 | 3.54 |
| Commonwealth of PA<br>Department of Revenue<br>PA Unemployment<br>Compliance Section<br>Bankruptcy Division<br>P O Box 8970<br>Harrisburg, PA 17105 | 2,376.38 |

Commonwealth of PA
Department of Revenue
PA Withholding
Compliance Section
Bankruptcy Division
P O Box 8970
Harrisburg, PA 17105                          5,735.00

Bearings & Drives Unlim
519 South Main Street
Wilkes-Barre, PA 18701-2101                     581.13

Capital One Visa
P O Box 85015
Richmond, VA 23285-5015                          37.00

Citicapital Comm Leasing
Raritan Plaza 1
110 Fieldcrest Avenue
Edison, NJ 08837-3626                         1,086.06

CNA Commercial Insurance
2401 Pleasant Valley Road
York, PA 17402-9647                             525.63

Commonwealth of PA
Compliance Section
Bankruptcy Division
P O Box 8970
Harrisburg, PA 17105                             34.42

Cummins Power Systems
3941 Commerce Avenue
Willow Grove, PA 19090-1104                     195.26

| Creditor | Amount |
|---|---|
| Duane Friends<br>Susquehanna River Basin Com<br>1721 North Front Street<br>Harrisburg, PA 17102-2391 | 16.00 |
| GMAC<br>P O Box 53014<br>Charlotte, NC 28253-3014 | 236.32 |
| Hammaker East LTD<br>Russell Standard Corp<br>2 Priestly Road<br>Bridgeville, PA 15017-1964 | 2,794.44 |
| Hughey Trucking<br>P O Box 184<br>Wyalusing, PA 18853-0184 | 10,343.56 |
| Impact Supplies and Equipment, Inc.<br>21 Industrial Drive<br>Pittston, Pa 18640-6140 | 600.00 |
| Ingersoll-Rand<br>946 Griffin Pond Road<br>Clarks Summit, PA 18411-9214 | 1,821.91 |
| IRS<br>Attention Mark Kosko<br>P O Box 477<br>Wilkes-Barre, PA 18703-0477 | 2.46 |
| L & G Hatches<br>RR 2 Box 160<br>Dalton, PA 18414-9015 | 24.19 |
| Messer Griesham Ind<br>P O Box 8500-S-4385<br>Philadelphia, PA 19178-0001 | 299.32 |

| | |
|---|---:|
| Metrocall<br>1096 Route 315<br>Wilkes-Barre, PA 18702 | 6.73 |
| Modern Nursery<br>638 Village Road<br>Pittston, PA 18643-9632 | 263.20 |
| PennDot<br>P O Box 8282<br>Harrisburg, PA 17105 | 34.43 |
| SBA Towers<br>One Town Center Road<br>Boca Raton, FL 33486-1002 | 131.65 |
| The CIT Group<br>1180 W Swedesford Road<br>Brwyn, PA 19312-1073 | 48,689.96 |
| Verizon<br>P O Box 28000<br>Lehigh Valley, PA 18002-8000 | 75.85 |
| Wright Express<br>P O Box 390024<br>Boston, MA 02241-0001 | 570.57 |