# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :   Case No. 5-03-50054
Wyoming Sand and Stone Company,                 :   Chapter 11
                                                :
    Debtor                   :   Judge John J. Thomas

## ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY

Upon presentation of the Motion of the above Debtor requesting payment of undeliverable funds due various creditors in the total amount of $76,565.42 be paid to the Clerk of the Bankruptcy Court, it is

ORDERED that the above Debtor is allowed to deposit the said undeliverable funds due various creditors in the amount of $76,565.42 into the Court Registry.

By the Court,

_John J. Thomas_
John J. Thomas, Bankruptcy Judge
(BC)

Dated: August 3, 2010